Form a0grmsty

**United States Bankruptcy Court**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402−1819**

---

In Re: Daniel Brian Sanders

      Debtor(s)

SSN/TAX ID:
    xxx−xx−3929

Case No.: 3:09−bk−32687

Chapter: 7

Judge: Guy R Humphrey

---

# ORDER GRANTING MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY AND/OR CODEBTOR STAY
### (Creditor)

On October 28, 2009 creditor U.S. Bank, N.A. filed a motion seeking relief from the automatic stay imposed by 11 U.S.C. §362 and/or codebtor stay imposed by 11 U.S.C. §1201 or §1301.

The movant has filed a certification that complies with Local Bankruptcy Rule 9021−1(a)(1), including a statement that service and notice have been made pursuant to Local Bankruptcy Rules 4001−1(b) and (c) and 9013−3(a) and that no timely response has been filed.

Therefore, under the authority granted by Local Bankruptcy Rules 4001−1(d), 9013−1(e) and 9021−1(a), relief from the stay imposed by 11 U.S.C §362(a) and/or relief from the codebtor stay imposed by 11 U.S.C. §1201 or §1301 is granted.

**IT IS SO ORDERED.**

Dated: November 25, 2009

                            FOR THE COURT:
                            Kenneth Jordan
                            Clerk, U.S. Bankruptcy Court